888

No. 535, Misc. EDWARDS v. PRASSE, CORRECTION COMMISSIONER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 537, Misc. ANTHONY v. MCMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 541, Misc. TURNER v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 545, Misc. MITCHELL v. FOGLIANI, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 547, Misc. ELLISON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 548, Misc. LOPEZ v. MCMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 549, Misc. GREGG v. MONTANA. C. A. 9th Cir. Certiorari denied.

No. 550, Misc. LOKEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 589, Misc. REIMER v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 597, Misc. ADAMS v. HOLMAN, WARDEN. Sup. Ct. Ala. Certiorari denied.

No. 226, Misc. BOGART ET UX. v. CALIFORNIA ET AL. C. A. 9th Cir. Motion to strike appendix to respondents' brief denied. Certiorari and other relief denied. *Peter D. Bogart, pro se,* and for other petitioner. *Evelle J. Younger* for respondents.